# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BETTIE SHERROD
    Plaintiff,

 v.                Case No. 05-C-1200

JO ANNE B. BARNHART,
    Defendant.

## ORDER

Plaintiff Bettie Sherrod filed this action contesting the denial of her application for disability benefits. Defendant moved to dismiss based on lack of jurisdiction because plaintiff failed to exhaust her administrative remedies and because there is no "final decision" subject to judicial review. Social security records show that plaintiff's claim was denied initially and on reconsideration, and is now pending review by an Administrative Law Judge ("ALJ"). I afforded plaintiff a chance to respond to the motion, but she has not done so.

Federal courts may review social security determinations only after the agency has reached a final decision after a hearing. 42 U.S.C. §§ 405(g) & 405(h). The SSA has established a four step administrative review process, which is completed only after a decision by an ALJ and review by the Appeals Council. 20 C.F.R. § 404.900(a). Plaintiff's complaint fails to allege that the agency has reached a final decision, and agency records confirm that it has not. Upon completion of the review process, if she is dissatisfied with the result, plaintiff may seek judicial review of the agency's final decision.

**IT IS ORDERED** that defendant's motion (R. 7) is **GRANTED**, and this case is **DISMISSED**. This dismissal is without prejudice to plaintiff's seeking judicial review of the agency's final decision.

Dated at Milwaukee, Wisconsin, this 19th day of January, 2006.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge